# Court of Appeals
# of the State of Georgia

ATLANTA,  May 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0438.  CLARENCE THORPE v. THE STATE.**

In this pro se application, Clarence Thorpe seeks appellate review of trial court orders that were entered on October 6, 2016 and November 30, 2017.  Thorpe did not file this application until April 17, 2018.  Accordingly, the application is untimely and must be dismissed.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

As part of the application materials, Thorpe has provided a copy of a trial court order entered on January 8, 2018, which granted him an extension of time until January 28, 2018, to appeal from the November 30 order.  Even considering this order, however, Thorpe's application is untimely.  Because applications for discretionary review are filed in the appellate court, it is the appellate court – not the trial court – that is authorized to grant an extension of time to file a discretionary application.  *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011).  Moreover, Thorpe did not meet the deadline as extended: he filed his application on April 17, which was well after the January 28 deadline set by the trial court.  Filing deadlines are jurisdictional, and this Court is unable to accept an untimely application.  See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___05/14/2018_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*